**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**BERNADETTE BUCKLEY**                                                                                           **PLAINTIFF**

V.                                            **NO. 1:23-CV-48-DMB-DAS**

**GREENSKY CREDIT; TRANS UNION, LLC; and EQUIFAX INFORMATION SERVICES, LLC**                                                  **DEFENDANTS**

## ORDER OF RECUSAL

The undersigned district judge recuses herself from this case. The Clerk of Court is directed to reassign this case to another district court judge.

**SO ORDERED**, this 6th day of April, 2023.

                                                         **/s/Debra M. Brown**
                                                         **UNITED STATES DISTRICT JUDGE**